**Ralph C. Spooner, OSB No. 732880**
E-mail: rspooner@smapc.com
**David E. Smith, OSB No. 124591**
E-mail: dsmith@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:    503-588-5899

Of Attorneys for Defendant State Farm
Fire and Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEMAX, LLC, a domestic limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign business corporation,<br><br>　　　　　Defendant. | Case No. 6:22-cv-00784-MC<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

　　　　THIS MATTER came on before the court on the Stipulation of the attorneys for

the plaintiff and defendant, and the court being advised that the matter has been fully settled and

compromised and the parties are requesting that the Clerk of this Court or Deputy Clerk enter

Judgment dismissing the case with prejudice and without costs, disbursements or attorney fees

being allowed to any party.

IT IS SO ORDERED.

DATED this 20th day of AUGUST.

　　　　　　　　　　　　　　　　　　　　s/Michael J. McShane
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHAEL J. MCSHANE
　　　　　　　　　　　　　　　　　　　　United States District Judge

Page 1 – ORDER DIRECTING CLERK TO ENTER JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a copy of the foregoing **DIRECTING CLERK TO ENTER JUDGMENT** on:

Charles P. Pearson, OSB No. 165319
Property Claims Attorneys, PLLC
1106 Thomasville Road, Suite C
Tallahassee, FL 32303
E-mail address:
cppearson@propertyclaims.law
   Attorney for *Plaintiff*

☒    by emailing a copy to said attorney at the above email address with consent of counsel;
☐    by mailing a copy in a sealed, first-class, postage prepaid envelope, addressed to said attorneys at the above address and deposited in the U.S. Mail;
☒    by serving correct copies thereof, certified by me as such, to attorneys via the United States District Court for the District of Oregon's CM/ECF filing system.

DATED this 26th day of August, 2022.

                              s/ Ralph C. Spooner
                              RALPH C. SPOONER, OSB# 732880
                              Attorney for Defendant State Farm
                              E-mail: rspooner@smapc.com
                              Fax: (503) 588-5899